

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2015

No. 04-15-00643-CV

Sandra **GALVAN**, Individually and as next friend of V. R, minor and Maria Zempoaltcalt, Individually,
Appellants

v.

Rosalva **GARCIA**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-14-307
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

On November 23, 2015, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record stating the appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record and appellant is not entitled to appeal without paying the fee. It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court